EDWARD LORENZ v. STATE OF NEBRASKA.

FILED JANUARY 19, 1898.    No. 9508.

1. **Criminal Law: EVIDENCE: OPINION OF ATTORNEY GENERAL.** A conviction in a criminal case will ordinarily be reversed where the attorney general declines to file a brief on the ground that the evidence is insufficient to sustain the judgment.

2. **Homicide: EVIDENCE.** The evidence in the case examined, and *held* not sufficient to support the verdict.

ERROR to the district court for Red Willow county. Tried below before NORRIS, J. *Reversed.*

*W. R. Starr,* for plaintiff in error.

*C. J. Smyth, Attorney General,* and *Ed P. Smith, Deputy Attorney General,* for the state.

NORVAL, J.

The defendant below, Edward Lorenz, a boy sixteen years old, was tried and convicted of murder in the first degree, and sentenced to imprisonment in the penitentiary for life. The petition in error, among other assignments, alleges that the verdict is not sustained by the evidence. The attorney general has declined to file a brief in the cause, giving as a reason therefor that he is convinced, upon an examination of the record, that said assignment is well taken; therefore, upon the authority of *George v. State,* 44 Neb. 757, and *McAleer v. State,* 46 Neb. 116, we would be justified in reversing the judgment and sentence. A careful perusal of the evidence adduced by the state on the trial, and none was introduced by the defense, satisfies us that it is insufficient to sustain a verdict of guilty. It may be the accused committed the crime charged, but if so, the state has failed to prove it.

REVERSED AND REMANDED.